


Exhibit D

# State of New Hampshire
### DEPARTMENT OF SAFETY

Robert L. Quinn, Commissioner of Safety
### Division of State Police
James H. Hayes Safety Building, 33 Hazen Drive, Concord, NH 03305

Mark B. Hall
Colonel

### ORDER OF DENIAL

Friday, February 23, 2024

THOMAS M MARSHALL
4 THOMAS ST.
DERRY NH 03038

Dear THOMAS,

Your application for a handgun purchase has been denied. This denial is in accordance with 18 U.S.C. 18 U.S.C. 922 (g), (n) and state law.

A routine background investigation regarding your application for purchase of a hand gun revealed that your criminal record has the following conviction(s) that meet(s) federal disqualifier(s):

| OFF. DT | CHARGE | COURT | ST DOCKET | DISQUALIFIER |
|---|---|---|---|---|
| 07/14/1997 | OUI- PUNISH BY 2.5 YRS. | MALDEN DISTRICT | MA 9750CR2181A | 922(g)(1) |
| /2004 | OUI- 2ND OFFENSE | WOBURN DISTRICT | MA 0453CR001673A | 922(g)(1) |

"Section 922(g) and (n) of the Gun Control Act prohibits certain persons from shipping or transporting any firearm in interstate or foreign commerce, or receiving any firearm which has been shipped or transported in interstate or foreign commerce, or possessing any firearm in or affecting commerce."

The above information may not include charges that require further investigation.

You will find enclosed a copy of the NICS Guide for Appealing a Firearm Transfer regarding the denial of your hand gun purchase as well as your NTN.

Respectfully,

For Colonel Mark B. Hall

*Mary G Bonilla*

Lt. Mary G. Bonilla
New Hampshire State Police
Permits and Licensing Unit

| Criminal Records | Permits & Licenses | Sex Offender Registry | Speech/Hearing Impaired TDD Access |
|---|---|---|---|
| 603-233-____ | 603-233-3873 | 603-233-3870 | Relay NH (7-1-1) |