UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Thomas Marshall,  )<br>  )<br>   Plaintiff,  )<br>  )<br>   v.  )<br>  )<br> United States of America, Federal Bureau of  )<br> Investigation, BATF, and Merrick Garland, in  )<br> his official capacity as Attorney General,  )<br>  )<br>   Defendants.  )<br>_____ ) | Case No. 1:24-cv-00191-PB-AJ |

### DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants move this Court to dismiss Plaintiff's Complaint for failure to state a plausible claim for relief.

In support of this Motion, Defendants refer the Court to the supporting memorandum of law, and the record of this litigation.

Therefore, Defendants request this Court dismiss the Complaint under Rule 12(b)(6).

Respectfully submitted,

JANE E. YOUNG
United States Attorney

Dated: September 23, 2024      By: /s/*Anna Dronzek*
Anna Dronzek
Assistant United States Attorney
Colorado Bar No. 43912
United States Attorney's Office
53 Pleasant Street, 4th Floor
Concord, NH  03301
(603) 225-1552
Anna.Dronzek@usdoj.gov